IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00211-PAB-KLM

GARRETT MICHAEL NEWCOMBE,

    Plaintiff,

v.

LYFT, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice [Docket No. 11]. Plaintiff requests that the Court enter an order dismissing this action without prejudice. The notice, however, complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." (emphasis added). Therefore, as of the entry of the notice of voluntary dismissal, the case was dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."). No order of dismissal is necessary.

    DATED March 26, 2020.